# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

People of the State of Illinois, ex rel., Anne Melissa Dowling, et al,

Plaintiff(s),

v.

AAMBG Reinsurance Ins., and Bank of America,

Defendant(s).

Case No. 16 C 7477
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of the defendants AAMBG Reinsurance, Inc., and Bank of America Corporation and against the plaintiffs'.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion to dismiss.

Date: 6/1/2017                    Thomas G. Bruton, Clerk of Court

                                  Wanda Parker, Deputy Clerk